COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| RAMOND GOMEZ A/K/A | | No. 08-12-00044-CR |
| RAMON GOMEZ, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | 355th District Court |
| v. | § | |
| | | of Hood County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC # CR12001) |
| Appellee. | § | |

### **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore modify the judgment for Counts 1, 2, and 3 to reflect that punishment was assessed by the trial court and not the jury. We therefore affirm the judgment of the trial court as so modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JANUARY, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.